1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE REDEVELOPMENT AGENCY OF THE CITY OF SAN DIEGO, | ) ) ) | Civil No. 02-CV-0097-L(LSP) |
|---|---|---|
| Plaintiff, | ) ) | **PRELIMINARY INJUNCTION** |
| v. | ) ) | |
| ROBIN HARTLEY, | ) ) | |
| Defendant. | ) ) | |

In light of the Report and Recommendation Granting Motion for Turnover Order in Aid of Execution and Recommending Injunction Pursuant to California Code of Civil Procedure § 708.180(d), issued by Magistrate Judge Leo S. Papas on September 20, 2006 (the "Report and Recommendation"), the Court hereby issues a preliminary injunction forbidding Third Party Krimsonn Prom ("Prom") from transferring or otherwise disposing of the 1998 Lincoln Navigator which allegedly was transferred by Debtor Robin Hartley to Prom on December 1, 2005. The injunction shall stay in effect until this Court has considered the parties' objections to the Report and Recommendation, if any, and the

/ / / / /

/ / / / /

/ / / / /

Court has issued an order adopting, rejecting or modifying the Report and Recommendation.

**IT IS SO ORDERED.**

DATED: September 29, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES

JAMES STORY
STORY'S MACHINE SHOP
10845 WHEATLANDS AVE., STE.A
SANTEE, CA 92701

KIMSONN PROM
32873 CANYON CREST STREET
WILDOMAR, CA 92585